# United States Bankruptcy Court
# Central District Of California

In re:
Nancy Tarsha

CHAPTER NO.: 13

CASE NO.: 8:10−bk−13646−TA

## CASE COMMENCEMENT DEFICIENCY NOTICE

**To Debtor and Debtor's Attorney of Record,**
**YOUR CASE MAY BE DISMISSED IF YOU FAIL TO CURE THE FOLLOWING DEFICIENCIES:**

You must cure the following within 14 days from filing of your petition:

- ☒ Statement of Related Cases required by Local Rule 1015−2.
- ☒ Notice of Available Chapters signed by Debtor(s). [11 U.S.C. §342(b); Local Rule 1002−1(g)]
- ☒ Verification of Creditor Mailing List. [Local Rule 1007−2(d)]
- ☒ Summary of Schedules (Form B6). [Local Rule 1002−1(g)]
- ☒ Signed Declaration Concerning Debtor's Schedules (Form B6). [Local Rule 1002−1(g)]
- ☒ Disclosure of Compensation of Attorney for Debtor, Certified by Attorney. [11 U.S.C. §329; F.R.B.P. 2016(b); Local Rule 1002−1(g)]
- ☒ Statistical Summary of Certain Liabilities
- ☒ Debtor's Certification of Employment Income
- X  Addendum to Voluntary Petition
- X  Electronic Filing Declaration

**Even if the indicated documents are not applicable to your particular situation, they must still be filed with the notation 'None' marked thereon.**

For all items above you must file the original and the following number of copies [Local Bankruptcy Rule 1002−1]:

    Chapter 13     1 Original and 1 Copy

**Please return the original or copy of this form with all required items to the following location:**

    411 West Fourth Street, Suite 2030, Santa Ana, CA 92701−4593

If you have any questions, please contact the below−referenced Deputy Clerk:

Dated: <u>March 23, 2010</u>

**KATHLEEN J. CAMPBELL, CLERK OF COURT**

**By: <u>Tina Shimizu</u>**
**Deputy Clerk**

mccdn − Revised 12/2009                                                                                                    **6 − 1 / TSH**