**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| NANCY TARSHA | § | CASE NO. SA10-13646-TAA |
| | § | CHAPTER 13 |
| | § | |
| | § | JUDGE T. A. ALBERT |

**REQUEST FOR SERVICE OF NOTICE**

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

You are hereby given notice that Brice, Vander Linden & Wernick, P.C. has been engaged by the creditor identified below to serve as its authorized agent in this matter.

You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to, notices required by Bankruptcy Rules 2002 and 3017(a) and the Local Rules of the Bankrupcy Court upon the creditor at the following address:

**BAC Home Loan Servicing LP**
**7105 Corporate Drive**
**Plano, Texas 75024**

Respectfully submitted,
Brice, Vander Linden & Wernick, P.C.

/s/ Joe M. Lozano, Jr.

Joe M. Lozano, Jr.

F# 4100-N-5667
9441 LBJ Freeway, Suite 350
Dallas, Texas  75243
(972) 643-6600 / (972) 643-6698 (Telecopier)
E-mail Address: notice@bkcylaw.com
Authorized Agent for BAC Home Loan Servicing LP

## CERTIFICATE OF SERVICE

  I,  Joe M. Lozano, Jr., hereby certify that a true and correct copy of the foregoing Request for Service of Notice has been served upon the following parties in interest either via pre-paid regular U.S. Mail or via electronic notification on or before April 14, 2010:

**Debtors' Attorney**
Frank R Sariol
Attorney At Law
1600 N Broadway Ste 650
Santa Ana, CA  92706

**Chapter 13 Trustee**
Amrane Cohen
770 The City Drive South, Suite 3300
Orange, California 92868-6922

**U.S. Trustee**
Office of the US Trustee
411 West 4th Street, Suite 9041
Santa Ana, California 92701

/s/ Joe M. Lozano, Jr.

Joe M. Lozano, Jr.

4100-N-5667
noaelect